# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RAINERO, an individual on behalf of himself and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ARCHON CORPORATION, a Nevada corporation,<br><br>          Defendant. | Case No.: 2:07-cv-01553-GMN-PAL<br><br>**ORDER VACATING ECF #42** |

On January 19, 2011, an Order Granting Plaintiff's Motion for Class Certification [ECF No. 39] was entered due to an administrative error.

**IT IS THEREFORE ORDERED** that the Order Granting Plaintiff's Motion for Class Certification [ECF No. 39] is **VACATED** and Defendant shall have until February 15, 2011, in which to file a response to any motion for class certification filed by Plaintiff, in accordance with Magistrate Judge Leen's Order [ECF No. 38] Granting Defendant's Stipulation [ECF No. 36] for Extension of Discovery Deadlines Related to Class Certification.

DATED this 19th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge